# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156980(49)

COUNTY OF INGHAM, COUNTY OF
JACKSON, and COUNTY OF CALHOUN,
      Plaintiffs-Appellees,

v

MICHIGAN COUNTY ROAD COMMISSION
SELF-INSURANCE POOL,
      Defendant-Appellant.

SC: 156980
COA: 334077
Ingham CC: 15-000432-NZ

_____/

      On order of the Chief Justice, the motion of the numerous Boards of County Road Commissioners to participate in these proceedings as an amicus curiae and to file an amicus brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on March 28, 2018, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018



Clerk